For full opinion see 172 NE 626; 36 Oh Ap 1 (Oh Bar 10-14-30).

## FRANKLIN FINANCE CO v BOWDEN

Ohio Appeals, 5th Dist, Richland Co
Decided Jan. 17, 1930.

For full opinion see 172 NE 698; 36 Oh Ap 19 (Oh Bar 10-29-31).

For full opinion see 173 NE 14; 36 Oh Ap 156 (Oh Bar 11-11-30).

## KEEVER v BROWN

Ohio Appeals, 4th Dist, Highland Co
Decided April 29, 1930